E-FILED ON 08/12/2013
THOMAS E. CROWE, ESQ.
THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION
2830 S. Jones Blvd., Suite 3
Las Vegas, NV 89146
(702) 794-0373
Attorney for Debtor
Nevada State Bar no. 3048

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA
* * * * * *

| | | |
|---|---|---|
| In re: | ) | BANKRUPTCY NUMBER: |
| | ) | BK-S-07-15635-LBR |
| CHARLES DAILEY, | ) | Chapter 7 |
| | ) | |
| | ) | |
| Debtor. | ) | DATE: September 18, 2013 |
| | ) | TIME: 9:30 a.m. |

**MOTION TO CLOSE CHAPTER 7 PROCEEDING**

Comes now, the Debtor above-named, by and through his attorney, THOMAS E. CROWE, ESQ., and moves this Court for an order approving the Motion to Close Chapter 7 Proceeding as set forth in the points and authorities attached hereto.

DATED this 12th day of August, 2013.

THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION

By  /s/ THOMAS E. CROWE, ESQ.
THOMAS E. CROWE, ESQ.
2830 S. Jones Blvd., Suite 3
Las Vegas, NV 89146
Attorney for Debtor

///

///

///

## POINTS AND AUTHORITIES

The Debtor believes pursuant to his current credit report, that the Judgment Lien held by Bank Of Nevada has successfully been removed and respectfully requests that an order be entered to close his Chapter 7 proceeding no later than October 1, 2013.

DATED this 12th day of August, 2013.

THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION

By  /s/ THOMAS E. CROWE, ESQ.
THOMAS E. CROWE, ESQ.
2830 S. Jones Blvd.
Suite 3
Las Vegas, NV 89146
Attorney for Debtor

E FILED ON
THOMAS E. CROWE, ESQ.
THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION
2830 S. Jones Blvd. #3
Las Vegas, Nevada 89146
(702) 794-0373
Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

\* \* \* \* \* \*

| In re: | ) | BANKRUPTCY NUMBER: |
| --- | --- | --- |
|  | ) | BK-S-07-15635-LBR |
| CHARLES DAILEY, | ) | Chapter 7 |
|  | ) |  |
|  | ) |  |
| Debtor. | ) | Date: September 18, 2013 |
|  | ) | Time: 9:30 a.m. |

### PROPOSED ORDER RE: MOTION TO CLOSE
### CHAPTER 7 PROCEEDING

This matter having come on for hearing this 18th day of September, 2013, THOMAS E. CROWE, ESQ., on behalf of Debtor, having been present, proper notice having been given, and upon the arguments of counsel, it is therefore ORDERED AND DECREED:

///

///

THAT the Chapter 7 Bankruptcy proceeding of the Debtor herein be closed no later than October 1, 2013.

Respectfully Submitted By:

THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION

By /s/ THOMAS E. CROWE
   THOMAS E. CROWE, ESQ.
   2830 S. Jones Blvd.
   Suite 3
   Las Vegas, NV  89146
   Attorney for Debtor-in-possession

In Accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):
   _____ The Court has waived the requirement set forth in LR 9021(b)(1).
   _____ No party appeared at the hearing or filed an objection to the motion.
   _____ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:
   _____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

                                                      By /s/ THOMAS E. CROWE
                                                        THOMAS E. CROWE, ESQ.

                                                               ###